FFICIAL BUSINESS
NITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
TAINS NOTICE of a PROCEEDING
in the
ED STATES BANKRUPTCY COURT

RECEIVED
Western District of Washington
at Seattle

APR -5 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

NIXIE    927  DE 1    00 03/29/10
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 98101444178    *2077-09703-29-25

98101@4441

SAT-76804 0981-2 pdf2 09-01345
U.S. Bankruptcy Court
700 Stewart St., Room 6301
Seattle, WA 98101

011543  11543 1 AT 0.357  92780  7 4  6337-1-11543

Platinum Homes Inc
1371 Warner Ave #D
Tustin, CA 92780-6448

## Electronic Bankruptcy Noticing

### Go Green!
Sign up for electronic notices. FREE!

Join the thousands of people who have already switched.

Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
### http://EBN.uscourts.gov

011543    76804011554045

by each expert and the basis and reasons therefor, the data or other information considered by the expert in forming the opinions, any exhibits to be used as a summary of or support for the opinions, any exhibits to be used as a summary of or support for the opinions, and the qualifications of the expert and the compensation to be paid for the study and testimony.

6. <u>Trial Briefs</u>: Plaintiff's trial brief shall be served and filed ten (10) days prior to trial and defendant's trial brief shall be served and filed five (5) days prior to trial. At plaintiff's option, plaintiff may serve and file a reply brief two (2) days prior to trial.

7. <u>Exhibits</u>: To facilitate identification of exhibits for trial, parties intending to offer 10 or more exhibits at trial shall submit them to chambers by noon two (2) court days prior to trial, unless other arrangements are made in advance with Phyllis Jones (206-370-5331), Judge Overstreet's Courtroom Deputy. Parties offering fewer than 10 exhibits may submit them an hour before trial.

8. <u>Compliance</u>: The trial may be stricken without further notice for failure to comply with the above procedures.

///END OF ORDER///

cc: Melissa A. Huelsman
Joshua A. Rataezyk
Jennifer L. Aspaas
Stephen J. Sirianni

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

KAREN A. OVERSTREET
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Rm. 7216
Seattle, WA 98101-1271
(206) 370-5330
  facsimile
(206) 370-5335

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Steven C. Bateman and Virginia T. Lee, | |
| Debtor(s) | Bankruptcy No. 07-13346 |
| Edmund J. Wood, Trustee, | Adversary No. A09-01345 |
| Plaintiff(s) | |
| V. | **ORDER SETTING TRIAL DATE AND DEADLINES** |
| Deutsche Bank National Trust Company, et al., | |
| Defendant(s). | |

1. <u>Trial Date</u>: This matter has been set for trial before Judge Karen A. Overstreet commencing on **March 9 and 10, 2010**, at 9:30 o'clock a.m., in Room 7206, US Courthouse, 700 Stewart Street, Seattle, Washington.

2. **Pretrial Order**: Counsel shall comply with Local Bankruptcy Rule 7016(b) in the filing of a proposed pretrial order. The pretrial order is due by **March 2, 2010**. **If you fail to file the pretrial order by this date, the trial will be stricken.**

3. **Business Records**: Any party intending to offer a record into evidence by declaration pursuant to Federal Rules of Evidence 902(11), 902(12), and 803(6) must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection on or before **February 9, 2010**.

4. **Discovery Cutoff**: All discovery shall be completed on or before **February 19, 2010**.

5. **Disclosure of Expert Witnesses**: On or before **December 15, 2009**, the Plaintiff shall disclose to the defendants in writing the name of each expert witness she intends to call at trial, including a brief statement of the opinions to be expressed by each expert and the basis and reasons therefor, the data or other information considered by the expert in forming the opinions, any exhibits to be used as a summary of or support for the opinions, any exhibits to be used as a summary of or support for the opinions, and the qualifications of the expert and the compensation to be paid for the study and testimony. On or before **January 8, 2010**, the defendants shall disclose to the plaintiff in writing the name of each expert witness they intend to call at trial, including a brief statement of the opinions to be expressed

ORDER SETTING TRIAL DATE          Page 2 of 3

011543    76804011554018

by each expert and the basis and reasons therefor, the data or other information considered by the expert in forming the opinions, any exhibits to be used as a summary of or support for the opinions, any exhibits to be used as a summary of or support for the opinions, and the qualifications of the expert and the compensation to be paid for the study and testimony.

6. <u>Trial Briefs</u>: Plaintiff's trial brief shall be served and filed ten (10) days prior to trial and defendant's trial brief shall be served and filed five (5) days prior to trial. At plaintiff's option, plaintiff may serve and file a reply brief two (2) days prior to trial.

7. <u>Exhibits</u>: To facilitate identification of exhibits for trial, parties intending to offer 10 or more exhibits at trial shall submit them to chambers by noon two (2) court days prior to trial, unless other arrangements are made in advance with Phyllis Jones (206-370-5331), Judge Overstreet's Courtroom Deputy. Parties offering fewer than 10 exhibits may submit them an hour before trial.

8. <u>Compliance</u>: The trial may be stricken without further notice for failure to comply with the above procedures.

///END OF ORDER///

cc: Melissa A. Huelsman
Joshua A. Rataezyk
Jennifer L. Aspaas
Stephen J. Sirianni

Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

KAREN A. OVERSTREET
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Rm. 7216
Seattle, WA 98101-1271
(206) 370-5330
  facsimile
(206) 370-5335

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Steven C. Bateman and Virginia T. Lee, | |
| Debtor(s) | Bankruptcy No. 07-13346 |
| Edmund J. Wood, Trustee, | Adversary No. A09-01345 |
| Plaintiff(s) | |
| v. | **ORDER SETTING TRIAL DATE AND DEADLINES** |
| Deutsche Bank National Trust Company, et al., | |
| Defendant(s). | |

1. <u>Trial Date</u>: This matter has been set for trial before Judge Karen A. Overstreet commencing on **March 9 and 10, 2010**, at 9:30 o'clock a.m., in Room 7206, US Courthouse, 700 Stewart Street, Seattle, Washington.

ORDER SETTING TRIAL DATE          Page 1 of 3

2. <u>Pretrial Order</u>: Counsel shall comply with Local Bankruptcy Rule 7016(b) in the filing of a proposed pretrial order. The pretrial order is due by **March 2, 2010**. **If you fail to file the pretrial order by this date, the trial will be stricken.**

3. <u>Business Records</u>: Any party intending to offer a record into evidence by declaration pursuant to Federal Rules of Evidence 902(11), 902(12), and 803(6) must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection on or before **February 9, 2010**.

4. <u>Discovery Cutoff</u>: All discovery shall be completed on or before **February 19, 2010**.

5. <u>Disclosure of Expert Witnesses</u>: On or before **December 15, 2009**, the Plaintiff shall disclose to the defendants in writing the name of each expert witness she intends to call at trial, including a brief statement of the opinions to be expressed by each expert and the basis and reasons therefor, the data or other information considered by the expert in forming the opinions, any exhibits to be used as a summary of or support for the opinions, any exhibits to be used as a summary of or support for the opinions, and the qualifications of the expert and the compensation to be paid for the study and testimony. On or before **January 8, 2010**, the defendants shall disclose to the plaintiff in writing the name of each expert witness they intend to call at trial, including a brief statement of the opinions to be expressed

011543   76804011554036