The Honorable Karen Overstreet
Chapter 7 (Adversary)
Hearing Date: May 7, 2010
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St., Seattle – Room 7206
Response Date: April 30, 2010
Reply Date: May 4, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

STEVEN C. BATEMAN and VIRGINIA T. LEE

Debtor.

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Steven C. Bateman and Virginia T. Lee,

Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust 2006-1; LONG BEACH MORTGAGE COMPANY; WASHINGTON MUTUAL BANK, as successor-in-interest to Long Beach Mortgage Company by operation of law and/or as its attorney in fact; JPMORGAN CHASE BANK, N.A.; LENDER'S PROCESSING SERVICES, INC.; PLATINUM HOMES, INC., NORTHWEST TRUSTEE SERVICES, INC.,

Defendants.

Case No. 07-13346-KAO

Adversary Case No. 09-1345-KAO

[PROPOSED] ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S AND JPMORGAN CHASE BANK N.A.'S MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES - 1
(Case No.: 07-13346-KAO)

DWT 14571127v1 0036234-000029

**EXHIBIT B**
**Page 1 of 2**

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

This matter came before the Court on the Motion for Leave to Amend Answer and Affirmative Defenses ("Motion") filed by Defendants Deutsche Bank National Trust Company and JPMorgan Chase Bank (together, "Defendants"); and the Court having considered all papers submitted in support of and in opposition to the Motion and having heard oral argument from counsel on May 7, 2010:

It is hereby ORDERED that Defendants' Motion for Leave to Amend Answer and Affirmative Defenses is GRANTED.

Dated this _____ day of _____, 2010.

_____
United States Bankruptcy Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants Deutsche Bank National
Trust Company and JPMorgan Chase Bank

By:/s/ Fred B. Burnside
    Fred B. Burnside, WSBA #32491
    Joshua A. Rataezyk, WSBA #33046
    Davis Wright Tremaine LLP
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    Telephone: (206) 757-8016
    Fax: (206) 757-7016
    E-mail: fredburnside@dwt.com
    E-mail: joshrataezyk@dwt.com

EXHIBIT B
Page 2 of 2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES - 2
(Case No.: 07-13346-KAO)

DWT 14571127v1 0036234-000029

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700