The Honorable Karen A. Overstreet
Chapter 7 (Adversary)
Hearing Date: June 18, 2010
Hearing Time: 9:30 a.m.
Hearing Location: 700 Stewart St.,
Seattle – Room 7206
Response Date: June 11, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>STEVEN C. BATEMAN and VIRGINIA T. LEE<br><br>Debtors. | Case No. 07-13346-KAO |
| EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Steven C. Bateman and Virginia T. Lee,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust 2006-1; LONG BEACH MORTGAGE COMPANY; WASHINGTON MUTUAL BANK, as successor-in-interest to Long Beach Mortgage Company by operation of law and/or as its attorney in fact; JPMORGAN CHASE BANK, N.A.; LENDER'S PROCESSING SERVICES, INC.; PLATINUM HOMES, INC.; NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendants. | Adversary No. 09-01345-KAO<br><br>SECOND DECLARATION OF RONALDO REYES |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

Ronaldo Reyes declares as follows:

1. **_Identity of Declarant._** I am a Vice President for Deutsche Bank National Trust Company ("DB"). In my position as Vice President, I work on issues that require familiarity with, and access to, information in DB's possession regarding DB's role as Trustee of the Long Beach Mortgage Loan Trust 2006-1 ("Trust"). I have personal knowledge of, or have confirmed through my review of business records and discussions with appropriate personnel, the facts stated in this Declaration and know them to be true and correct. If called as a witness, I would be competent to testify to these matters.

2. **_Note._** Exhibit A is a true and correct copy of the original Note executed by Steven Bateman and Virginia Lee ("Debtors"), that is contained in DB's mortgage file for Debtors.

3. **_Deed of Trust_**. Exhibit B is a true and correct copy of the original Deed of Trust dated December 2, 2005, executed by Steven Bateman and Virginia Lee, and recorded in the records of King County, Washington on December 9, 2005.

4. **_Pooling & Servicing Agreement._** Exhibit C is a true and correct copy of excerpts of the Pooling & Servicing Agreement ("PSA") dated as of February 1, 2006, which governs the Trust. DB acts as Trustee pursuant to the PSA. Long Beach Mortgage Company was the original Master Servicer under the PSA.

5. **_Possession of Original Note and Allonge._** Section 2.01 of the PSA requires that for each loan deposited in the Trust, DB (as Trustee) must receive a specific subset of loan documents for the Mortgage File that is reviewed and then stored in DB's vault. That file must contain (among other items): (a) the original Note endorsed either in blank or to DB; (b) any intervening assignments of the Note (e.g., an allonge); (c) the original Deed of Trust; and (d) an assignment of the Deed of Trust, endorsed in blank. DB's records show it was in possession of the original Note (with an original Allonge) endorsed in blank by Long Beach Mortgage Company, and the original Deed of Trust from December 21, 2005 until December 2, 2008. A

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

true and correct copy of a screen-print from DB's records-keeping database for the Bateman loan is attached as Exhibit D to this declaration, and Exhibit D shows that the initial loan review took place on December 21, 2005.

DB's Loan Inventory records show that it received: (a) the original Note, endorsed in blank, with an original intervening endorsement (i.e., the original allonge); (b) a copy of the Deed of Trust certified by Long Beach as a copy of the original (the Original Deed of Trust was received after recordation on August 2, 2006); (c) an Assignment of the Deed of Trust (in blank) from Long Beach Mortgage Company; and (d) the intervening assignment of Deed of Trust from Platinum Homes, Inc. to Long Beach Mortgage Company, certified by Long Beach Mortgage Company to be a true and correct copy of the original (which sent out for recording). A true and correct copy of the DB Loan Inventory record (showing receipt of the original Note and allonge) is attached as Exhibit E.

Significantly, if the original loan documents received by DB from Long Beach Mortgage Company had contained multiple allonges, that fact would have been noted in DB's records, and no such notation exists. Thus, the only allonge that was ever delivered to DB and which is contained in the original mortgage file for debtors is the allonge attached to the Note, a copy of which is attached as Exhibit A to this declaration.

6. ***Delivery of the Bateman Mortgage File to Chase.*** DB's records show that on December 1, 2008, it received a request from JPMorgan Chase Bank NA ("Chase") for delivery of the Bateman's original loan file to Chase's offices in Jacksonville, Florida. A true and correct copy of that request is attached as Exhibit F to this declaration. On December 2, 2008, DB responded to that request from JPMorgan Chase Bank NA ("Chase") and sent the original mortgage file (inclusive of the original Note and allonge, Deed of Trust, and Assignment) to Chase — as Master Servicer and agent under the PSA — in Jacksonville, Florida via Federal Express. Exhibit D to this declaration (see paragraph 5, above) shows that the original loan

SECOND DECLARATION OF RONALDO REYES - 3
AP Case No. 09-01345-KAO
DWT 14596442v1 0036234-000029

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax (206) 757-7700

documents were received on December 21, 2005 and kept at DB until December 2, 2008, when the original loan documents were sent to Chase (as Master Servicer) in Jacksonville, Florida.

7. ***Transfer of Subject Loan into Long Beach Mortgage Loan Trust 2006-1.*** I have reviewed the Mortgage Loan Schedule that identifies the loans that comprise the Trust, and which are governed by the terms of the PSA. The Debtors' loan was in fact transferred into, and became part of, the Trust in February 2006.

8. ***Limited Power of Attorney.*** Exhibit G is true and correct copy of the Limited Power of Attorney, whereby WaMu was additionally authorized to act on behalf of DB relative to a variety of transactions, including without limitation, foreclosures related to loans held in the Trust.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED at Santa Ana, CA, this 20th day of May, 2010.

Ronaldo Reyes

SECOND DECLARATION OF RONALDO REYES - 4
AP Case No. 09-01345-KAO
DWT 14596442v1 0036234-000029

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700