The Honorable Karen Overstreet
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

STEVEN C. BATEMAN and VIRGINIA T. LEE,

                Debtor.
_____

EDMUND J. WOOD, solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Steven C. Bateman and Virginia T. Lee,

                Plaintiff,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for Long Beach Mortgage Loan Trust 2006-1; LONG BEACH MORTGAGE COMPANY; WASHINGTON MUTUAL BANK, as successor-in-interest to Long Beach Mortgage Company by operation of law and/or as its attorney in fact; JP MORGAN CHASE BANK, N.A.; LENDER'S PROCESSING SERVICES, INC.; PLATINUM HOMES, INC., NORTHWEST TRUSTEE SERVICES, INC.,

                Defendants.

Case No.: 07-13346-KAO

Adversary Case No.: 09-1345-KAO

PRAECIPE - MOTION TO AMEND COMPLAINT TO CONFORM TO THE EVIDENCE

PRAECIPE – MOTION TO AMEND COMPLAINT TO CONFORM TO THE EVIDENCE - 1

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 1050
Seattle, WA 98104
Telephone(206) 447-0103
Fax: (206) 447-0115

When Plaintiff filed his Motion to Amend Complaint to Conform to the Evidence, apparently the Proposed Third Amended Complaint was not attached to the Motion. The Proposed Third Amended Complaint is therefore attached hereto.

DATED this 9th day of June 2010.

        LAW OFFICES OF MELISSA A. HUELSMAN, P.S.

        /s/ Melissa A. Huelsman
        Melissa A. Huelsman, WSBA No.30935
        Attorney for Plaintiff

PRAECIPE – MOTION TO AMEND COMPLAINT TO CONFORM TO THE EVIDENCE - 2

Law Offices of Melissa A. Huelsman, P.S.
705 2nd Avenue, Suite 1050
Seattle, WA 98104
Telephone(206) 447-0103
Fax: (206) 447-0115